IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONNECT INFORMATION TECHNOLOGY PROFESSIONALS, LLC, et al., | : : : | CIVIL ACTION NO. 20-994 |
| Plaintiffs, | : : | |
| v. | : : | |
| MEDMATICA CONSULTING ASSOCIATES, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **17th** day of **August, 2021**, after considering Defendant's Motion for Summary Judgment (ECF No. 23) and all responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Amended Motion for Leave to File a Reply Brief (ECF No. 28) is **GRANTED**;

2. Defendant's Motion for Leave to File a Reply Brief (ECF No. 27) is **DENIED as moot;**

3. Plaintiffs' Motion for Leave to File a Sur-Reply Brief (ECF No. 29) is **GRANTED**; and

4. Defendant's Motion for Summary Judgment (ECF No. 23) is **DENIED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**